IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EVARISTO CARRANZA BAHENA, § <br> § <br> Petitioner, § <br> § <br> § <br> v. § <br> § <br> KRISTI NOEM, in her official capacity § <br> as Secretary of the Department of § <br> Homeland Security, TODD M. LYONS, § <br> in his official capacity as acting § <br> Director of Immigration and Customs § <br> Enforcement, BRET BRADFORD, in § <br> his official capacity as Field Office § <br> Director of Houston Enforcement and § <br> Removal Operations, DEVERY § <br> MOONEYHAM, in his official capacity § <br> as Warden of Limestone County § <br> Detention Center, § <br> § <br> Respondents. § | CASE NO. 6:25-CV-602-ADA-DNM |

## ORDER CANCELLING HEARING

On January 22, 2026, the Court issued an order setting this matter for an in-person hearing on January 27, 2026, at 2:30 p.m. Dkt. No. 5. Later that same day, the parties filed a joint Advisory to the Court, indicating in writing that all parties consented to waive the hearing. Dkt. No. 6. In light of that joint waiver, the Court **ORDERS** that the in-person hearing set for January 27, 2026, at 2:30 p.m. is **CANCELED**. The Court will resolve this matter on its pleadings.

**SIGNED** this 23rd day of January, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE